PEOPLE *v.* PETERMAN. Appeal from Genesee, Stewart A. Newblatt, J. Submitted Division 2 October 7, 1971, at Lansing. (Docket No. 9105. Decided October 28, 1971.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *Robert F. Leonard,* Prosecuting Attorney, and *Donald A. Kuebler,* Chief Assistant Prosecuting Attorney, for the people.

*Carl H. Leiter,* for defendant on appeal.

Before: QUINN, P. J., and DANHOF and TARGONSKI, JJ.

MEMORANDUM OPINION. Convicted by his plea of guilty, defendant was sentenced and he appeals.

Examination of the record and briefs discloses no prejudicial error. Affirmed.

PEOPLE *v.* DARDIE. Appeal from Recorder's Court of Detroit, Robert J. Colombo, J. Submitted Division 1 September 21, 1971, at Grand Rapids. (Docket No. 9784.) Decided October 28, 1971.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Leonard Meyers,* Assistant Prosecuting Attorney, for the people.

*William Kray,* for defendant on appeal.

Before: FITZGERALD, P. J., and R. B. BURNS and HOLBROOK, JJ.

PER CURIAM. Defendant appeals as of right from a jury conviction on a charge of armed robbery. MCLA § 750.529 (Stat Ann 1971 Cum Supp § 28.797).

The evidence at trial was sufficient to warrant a verdict of guilty. In the absence of the judge who presided at trial, it was proper for defendant's motion for a new trial to be heard by another judge. There was no evidence which would require instructions as to lesser included offenses.

Affirmed.